# In the United States District Court for the Southern District of Georgia Brunswick Division

FULLER LAMAR THOMAS,

    Plaintiff,

v.

OFFICER MS. SPALDING, and
OFFICER MR. THOMAS,

    Defendants.

2:23-cv-107

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Plaintiff did not file objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS without prejudice** Plaintiff's claims for injunctive relief. The Court **STAYS** Plaintiff's monetary damages claims pending resolution of his state criminal proceedings. The Court reminds Plaintiff he is to notify the Court within 30 days of the disposition of his criminal charges.

SO ORDERED, this 24 day of June, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA