# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| FULLER LAMAR THOMAS, | |
| Plaintiff, | 2:23-cv-107 |
| v. | |
| MS. SPALDING, and MS. THOMAS, | |
| Defendants. | |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Plaintiff's Complaint based on her failure to follow this Court's Orders and Local Rules and failure to prosecute. Dkt. No. 31. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused, Not in Jail" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 32 at 1.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **DISMISS without prejudice** Plaintiff's Complaint, dkt. no. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

    **SO ORDERED**, this 12 day of November, 2025.

                                      HON. LISA GODBEY WOOD, JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA