AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUDGMENT IN A CIVIL CASE

FULLER LAMAR THOMAS,

Plaintiff.

v.

CASE NUMBER: 2:23-cv-107

MS. SPALDING, and MS. THOMAS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 12, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: November 12, 2025



John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020